UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, INC., et al.., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of the U.S. Department of the Interior, et al., <br><br> Defendants. | No. 20 C 1227 <br><br> Judge Alonso |

## ATTORNEY DESIGNATION

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

          Respectfully submitted,

          JOHN R. LAUSCH, Jr.
          United States Attorney

          By: s/ Nigel B. Cooney
              NIGEL B. COONEY
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-1996
              nigel.cooney@usdoj.gov